IN THE SUPREME COURT OF THE STATE OF DELAWARE

FREDERICK CALDWELL, §
§ No. 36, 2024
Defendant Below, §
Appellant, § Court Below—Superior Court
§ of the State of Delaware
v. §
§ Cr. ID No. 2311007670 (K)
STATE OF DELAWARE, §
§
Appellee. §

Submitted: February 15, 2024
Decided: March 6, 2024

**<u>ORDER</u>**

On January 29, 2024, the appellant filed this appeal alleging that the Superior Court was denying his right to represent himself and his right to a speedy trial. On January 31, 2024, the Senior Court Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed for this Court's lack of jurisdiction to hear a criminal interlocutory appeal. Postal records show that the notice to show cause was delivered by February 5, 2024. A timely response to the notice to show cause was due by February 15, 2024. To date, the appellant has not responded to the notice to show cause. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice